BRIAN J. MILLER
MORRISON, SHERWOOD, WILSON & DEOLA PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, Montana 59624-0557
(406) 442-3261
(406) 443-7294 facsimile
bmiller@mswdlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MIRIAM ROJAS-ROSAS and JULIO LADISLAO SANTIAGO-ORTIZ.<br><br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES OF AMERICA, BY AND THROUGH U.S. CUSTOMS AND BORDER PROTECTION.<br>　　　　Defendants. | CV-18-62-GF-BMM-JTJ<br><br>**STIPULATED FACTS** |

　　　COMES NOW Plaintiffs and file the following Statement of Stipulated Facts pursuant to L.R. 16.2(b)(1).

1. Plaintiff Miriam Rojas-Rojas is a citizen of Mexico.

1

2. On or about November 13, 2015, Plaintiff Julio Ladislao Santiago-Ortiz entered the United States at the San Ysidro, California in possession of a B1/B2 visa and a Form I-94 Arrival/Departure Record.

3. On April 12, 2016, Plaintiff Santiago-Ortiz was the driver of a vehicle that was pulled over by the Montana Highway Patrol on Highway 87.  At the time of the stop, Plaintiff Rojas-Rojas was a passenger in the vehicle.

4. During the stop, CBP was contacted and provided a license plate number and names of the occupants of the vehicle being driven by Plaintiff Santiago-Ortiz.

5. The Montana Highway Patrol issued a ticket for failure to wear a seatbelt.

6. On April 12, 2016, Plaintiff Santiago-Ortiz produced a B1/B2 visa and a Form I-94 Arrival/Departure Record to agents of U.S. Customs and Border Protection ("CBP").

7. Mr. Shahid Haque authored correspondence directed to CBP indicating that he represented Rojas-Rojas, claimed that Rojas-Rojas had acquired "status" under deferred action for childhood arrivals, and inquired why she was being detained.

8. Mr. Haque authored correspondence directed to CBP indicating that he represented Santiago-Ortiz and Rojas-Rojas and stated: "Miriam Rojas Rosas has valid deferred action for childhood arrivals ('DACA') status, and therefore I do not understand on what basis she is being held. Julio Ladislao

Santiago Ortiz is the spouse of Miriam and has a visitor's visa. From what I understand, he was asked to come pick his wife up as a pretext to arrest him as well. Please immediately explain why these individuals are being detained."

9. On April 13, 2016, a federal immigration official issued an administrative document a Notice to Appear, alleging that Mr. Santiago-Ortiz "committed or conspired to commit a human trafficking offense in the United States or outside of the United States or are or have been a knowing aider, abettor, assister, conspirator, or colluder with such a trafficker in persons."

10. CBP seized the truck that Mr. Santiago-Ortiz was driving and sent Miguel Murillo- Jimenez a seizure notice. The seizure notice states that the "merchandise" was seized "at Sweetgrass, Montana on March 17, 215 [sic]."

11. The United States received Plaintiff's administrative claim on April 18, 2016.

12. Plaintiffs have met the conditions precedent to filing a claim under the Federal Tort Claims Act.

RESPECTFULLY SUBMITTED this 11th day of July, 2018.

        By:   /s/ Brian J. Miller
        Brian J. Miller
        MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
        *Attorneys for Plaintiffs*

KURT G. ALME
United States Attorney

*/s/ Victoria L. Francis*
Assistant U. S. Attorney
Attorney for Defendant

*/s/ Chad C. Spraker*
Assistant U. S. Attorney
Attorney for Defendant

4