IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MIRIAM ROJAS-ROSAS and JULIO LADISLAO SANTIAGO-ORTIZ. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA by and through U.S. CUSTOMS AND BORDER PATROL. <br><br> Defendant. | CV-18-62-GF-JTJ <br><br> **ORDER GRANTING UNOPPOSED MOTION TO ATTEND PRELIMINARY PRETRIAL CONFERENCE TELEPHONICALLY** |

Plaintiffs have motioned this Court to appear telephonically at the Preliminary Pretrial Conference scheduled for July 18, 2018 at 3:00 p.m. The motion is not opposed. For good cause shown,

**IT IS HEREBY ORDERED** that **ALL** parties shall attend the Final Pretrial Conference telephonically. The Court will contact the parties with the call-in number.

DATED this 11th day of July, 2018.

_____
John Johnston
United States Magistrate Judge