IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MIRIAM ROJAS-ROSAS and JULIO LADISLAO SANTIAGO-ORTIZ.<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, BY AND THROUGH U.S. CUSTOMS AND BORDER PROTECTION.<br><br>      Defendants. | CV-18-62-GF-BMM-JTJ<br><br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Upon stipulated motion of the parties, and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to F.R.Civ.P. 4(a)(1)(A)(ii). Each party shall bear their own fees and costs.

DATED this 18th day of March, 2019.

Brian Morris
United States District Court Judge